UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Spiegel, et al.,

                        Plaintiff(s),                              **O R D E R**

          - against -                                      7:16-CV-03680 (CS)

Paradise, et al.,

                        Defendant(s).
------------------------------------------------------------X
<u>Seibel, J.</u>

       It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated:
      White Plains, New York
      September 24, 2018

                                                  _____
                                                   CATHY SEIBEL, U.S.D.J.